IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

07 MAY 16 AM 11:19

IN THE MATTER OF:

KENNETH L. LAWSON (# 0042468)　　　　　　　　　　　1:07MC-21-SSB

### ORDER

It appearing to this Court that on May 15, 2007, the Supreme Court of Ohio ordered and decreed that an interim remedial suspension be immediately entered against Kenneth L. Lawson, Respondent, Attorney Registration Number 0042468, last known address in Cincinnati, Ohio, and that the suspension be effective as of the May 15, 2007, pending final disposition of the disciplinary proceedings now pending before the Supreme Court of Ohio, and predicated on conduct threatening the serious harm to his client and the public;

**IT IS THEREFORE ORDERED** that Respondent immediately cease and desist from the practice of law in any form and is hereby forbidden to appear on behalf of another before this Court;

**IT IS FURTHER ORDERED** that, effective immediately, he be forbidden to counsel or advise, or prepare legal instruments for others, or in any manner perform legal services for others in this Court;

**IT IS FURTHER ORDERED** that he is hereby divested of each, any, and all of the rights, privileges, and prerogatives customarily accorded to a member in good standing of the legal profession admitted to the United States District Court for the Southern District of Ohio Bar;

**IT IS FURTHER ORDERED** that Respondent shall not be reinstated to the practice of law in this Court until (1) Respondent complies with the requirements for reinstatement set forth in the Supreme Court Rules for the Government of the Bar of Ohio; (2) Respondent complies with this and all other Orders issued by this Court and the Supreme Court of Ohio; (3) Respondent complies with the Ohio Supreme Court Rules for the Government of the Bar of Ohio; and (4) this Court orders Respondent reinstated upon such terms and conditions as may be deemed advisable;

**IT IS FURTHER ORDERED** that on or before 30 days from the date of this

Order, Respondent shall:

    1. Notify all clients being represented in pending matters in this Court and any co-counsel of his suspension and consequent disqualification to act as an attorney after the effective date of this Order, and, in the absence of co-counsel, also notify the clients to seek legal service elsewhere, calling attention to any urgency in seeking the substitution of another attorney in his place;

    2. Regardless of any fees or expenses due Respondent, deliver, to all clients being represented in pending matters in this Court, any papers or other property pertaining to the clients, or notify the clients or co-counsel, if any, of a suitable time and place where the papers or other property may be obtained, calling attention to any urgency for obtaining such papers or other property;

    3. Refund any part of any fees or expenses paid in advance that are unearned or not paid, and account for any trust money or property in his possession or control.

    4. Notify opposing counsel in pending litigation in this Court or, in the absence of counsel, the adverse parties, of his disqualification to act as an attorney after the effective date of this Order and file a notice of disqualification of Respondent with this Court in the respective file or files for those cases;

    5. All notices required by this Order shall be by certified mail and shall contain a return address where communications may thereafter be directed to Respondent;

    6. File with the Clerk of this Court an affidavit showing compliance with this Order and proof of service of notices required herein. Such affidavit shall set forth the address where the affiant may receive communications; and

    7. Retain and maintain a record of the various steps taken by Respondent pursuant to this Order.

    **IT IS FURTHER ORDERED** that Respondent shall keep the Clerk of this Court advised of any change of address where Respondent may receive communications.

    **IT IS FURTHER ORDERED** that service shall be deemed made on Respondent by sending this Order, and all other Orders in this case by certified mail to the most recent address Respondent has given to this Court or by this Court's electronic case management system.

    **IT IS FURTHER ORDERED** that the Clerk of this Court shall publish this Order

upon the Court's website and that Respondent bear the costs of publication, if any, and issue certified copies of this Order to the Disciplinary Counsel of the Supreme Court of Ohio, to the Clerks of the Supreme Court of the United States, and the United States Court of Appeals for the Sixth Circuit, to the National Discipline Data Bank and to its Divisional Offices.

_____
Sandra S. Beckwith, Chief Judge
United States District Court
Southern District of Ohio