**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

Sent To: Kenneth L Lawson
Lawson & Associates
Street, Apt. No.; or PO Box No.: 1008 Race Street
Suite 2
City, State, ZIP+ 4: Cincinnati, OH 45202

PS Form 3800, April 2002       See Reverse for Instructions

7002 0860 0006 5230 8314

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE