IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

KENNETH L. LAWSON (# 0042468)

1:07-mc-21-SSB

**ORDER**

**IT IS ORDERED** by this Court, sua sponte, that Respondent show cause on or before 20 days from the date of this order, why Respondent should not be found in contempt of this Court for failure to fully comply with this Court's order of May 16, 2007: to wit, failure to surrender Certificate of Admission and file an affidavit of compliance on or before June 16, 2007.

**IT IS SO ORDERED.**

Sandra S. Beckwith, Chief Judge
United States District Court
Southern District of Ohio