```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
```

7002 0860 0006 5230 7879

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1:07-MC-21 |
| Certified Fee | | JSB |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: **Kenneth L Lawson**
Lawson & Associates
Street, A or PO B: 1008 Race Street Suite 2
City, Sta: Cincinnati, OH 45202