OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

**FILED**

AUG 1 0 2007

JAMES BONINI, Clerk
CINCINNATI, OHIO



016H2650635
Hasler $05.380
08/03/2007
Mailed From 45202
US POSTAGE



CERTIFIED MAIL
7002 0860 0006 5230 7879

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>**Kenneth L Lawson**<br>Lawson & Associates<br>1008 Race Street Suite 2<br>Cincinnati, OH 45202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1:07-MC-21 SSB | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0006 5230 7879 |

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-0835

```
LAWS008    452021025 1707 14 08/08/07
           RETURN TO SENDER
:LAWSON
       MOVED LEFT NO ADDRESS
       UNABLE TO FORWARD
       RETURN TO SENDER
```