IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

KENNETH L. LAWSON (0042468)
RESPONDENT

1:07-MC-21-SSB

## ORDER

IT IS ORDERED by this Court, sua sponte, that Respondent, is found in contempt for failure to comply with this Court's order of May 16, 2007, to wit: failure to surrender Certificate of Admission and file affidavit of compliance on or before June 16, 2007.

**IT IS SO ORDERED.**

_____
Sandra S. Beckwith, Chief Judge
United States District Court
Southern District of Ohio