**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1:07MC21 SSB #7 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Kenneth Lawson
Street, Apt. No.; or PO Box No. 1008 Race St. Suite 2
City, State, ZIP+4 Cincinnati, OH 45202

PS Form 3800, August 2006 — See Reverse for Instructions

7007 0710 0000 8134 7621