UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF: KENNETH L. LAWSON (# 0042468)
       RESPONDENT      Case Number 1:07-mc-021

### ORDER OF TRANSFER

The above-entitled case is hereby transferred from the docket of the Honorable Judge Sandra S. Beckwith to the docket of Chief Judge Susan J. Dlott.

**IT IS SO ORDERED.**

_____
Sandra S. Beckwith, Senior Judge
United States District Court

_____
Susan J. Dlott, Chief Judge
United States District Court