# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN THE MATTER OF: KENNETH L. LAWSON (# 0042468)
**RESPONDENT**                    Case Number 1:07-mc-021


### ORDER OF RECUSAL

The undersigned herby recuses herself from above-entitled case.  This action is hereby

**TRANSFERRED** from the docket of the Honorable Susan J. Dlott  to the docket of the

Honorable Michael H. Watson.

**IT IS SO ORDERED.**

_____
**Susan J. Dlott, Chief Judge**
**United States District Court**


_____
**Michael H. Watson, Judge**
**United States District Court**