# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

IN THE MATTER OF:

**KENNETH L. LAWSON (# 0042468)**
**RESPONDENT**

Case Number: 1:07-MC-21-MHW

## ORDER

It appearing to the Court that on August 18, 2008, an Order was entered in this proceeding directing respondent to show cause within 30 days why this Court should not impose identical discipline on him as heretofore imposed by the Supreme Court of Ohio; and no response having been filed with the Clerk of this Court;

**IT IS THEREFORE ORDERED** that respondent be indefinitely suspended from the practice of law in this Court, pursuant to Rule II E of the Model Federal Rules of Disciplinary Enforcement adopted by this Court on February 1, 1979.

**IT IS FURTHER ORDERED** that the Clerk of this Court issue certified copies of this Order to the Disciplinary Counsel of the Supreme Court of Ohio, to the Clerks of the Supreme Court of the United States and the United States Court of Appeals for the Sixth Circuit, to the National Discipline Data Bank, to its Divisional Offices, and publish a copy to this Court's website.

Michael H. Watson, Judge
United States District Court
Southern District of Ohio