# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

IN RE: KENNETH L. LAWSON (# 0042468)
RESPONDENT                                                    Case Number: 1:07-MC-21-SJD

## ORDER

It appearing to the Court that on July 31, 2009, the Supreme Court of Ohio has entered an Order suspending Respondent for an interim period from the practice of law in Ohio pursuant to Gov.Bar R. V(5)(A)(4) of the Supreme Court Rules for the Government of the Bar of Ohio.

**NOW, THEREFORE,** in accordance with Rule II of the Model Federal Rules of Disciplinary Enforcement, adopted by this Court on February 1, 1979,

**IT IS ORDERED** that Respondent shall show cause, if any he has, within thirty (30) days after service of this Order, of any claim under the grounds set forth in Section (D) of said Rule II, why this Court should not impose the identical discipline on him heretofore imposed by the Supreme Court of Ohio. Said Respondent is admonished that his failure to show cause within 30 days by a pleading filed with the Clerk of this Court shall be deemed a waiver of his rights in the premises and constitute grounds for this Court to enter the Order prescribed herein.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be served on said Respondent, # 04770-061, by certified mail, return receipt requested, at FCI Morgantown, P.O. Box 1000, Morgantown, WV 26507, and to be published to this Court's official website.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court
Southern District of Ohio