**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

1:07-mc-21
DN's 10,11,12
Postmark Here

Total Postage & Fees

Sent To: Kenneth L. Lawson #04770-061
Street, Apt. No.; or PO Box No.: FCI Morgantown P.O. Box 1000
City, State, ZIP+4: Morgantown, WV 26507

PS Form 3800, June 2002 — See Reverse for Instructions

7002 3150 0000 8389 0231