| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  B Callahan  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): B. CALLAHAN   C. Date of Delivery: 12-10-10<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |

1. Article Addressed to:

Kenneth L. Lawson
#04770-061
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

1:07-mc-21-MHW, DN's 10,11,12

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 8389 0231

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540