**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1:07-MG-021 DN14 |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Kenneth L. Lawson #04770-061
Street, Apt. No.; or PO Box No.: FCI Morgantown, P.O. Box 1000
City, State, ZIP+4: Morgantown, WV 26507

PS Form 3800, June 2002 — See Reverse for Instructions

7002 3150 0000 8388 8740