**CERTIFIED MAIL**

SENDER: COMPLETE ...  L:VERY

- Complete items 1, 2,
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

X _Atlantic_  ☒ Agent ☐ Addressee

B. Received by ( Printed Name ): S. DAn/lo
C. Date of Delivery: 3-19-10

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Kenneth L. Lawson
# 04770-061
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

1:07-mc-021-STD DN14

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label): 7002 3150 0000 8388 8740

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540