**U.S. Postal Service**™

# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

07-mc-21
DN16

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Kenneth L. Lawson #04770-061

Street, Apt. No.; or PO Box No.
FCI Morgantown P.O. Box 1000

City, State, ZIP+4
Morgantown, WV 26507

PS Form 3800, June 2002          See Reverse for Instructions

7002 3150 0000 8388 8887