**SENDER: COMPLETE** ~~~~~~~~~~~~~~ **DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _RBuck_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): RBuckien
C. Date of Delivery: 6-4-10

1. Article Addressed to:

Kenneth L. Lawson
#04770-061
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

1:07-mc-21-MHW DN 16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 8388 8887

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540