# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

IN THE MATTER OF:

**KENNETH L. LAWSON (# 0042468)**
**RESPONDENT**                         Case No.: 1:07-MC-021-MHW

## ORDER

It appearing to the Court that on September 20, 2011, the Supreme Court of Ohio has entered an Order permanently disbarring Respondent from the practice of law in Ohio pursuant to Gov.Bar R. V(6)(B)(1) of the Supreme Court Rules for the Government of the Bar of Ohio, and in accordance with Rule II of the Model Federal Rules of Disciplinary Enforcement, adopted by this Court on February 1, 1979,

**IT IS ORDERED** that Respondent shall show cause, if any he has, within thirty (30) days after service of this Order, of any claim under the grounds set forth in Section (D) of said Rule II, why this Court should not impose the identical discipline on him heretofore imposed by the Supreme Court of Ohio. Said Respondent is admonished that his failure to show cause within 30 days by a pleading filed with the Clerk of this Court shall be deemed a waiver of his rights in the premises and constitute grounds for this Court to enter the Order prescribed herein.

**IT FURTHER APPEARING** to the Court that Respondent has been forbidden by the Supreme Court of Ohio to appear on behalf of another before any court, judge, commission, board, administrative agency, or other public authority, the said Respondent, until final resolution of this matter in this Court, shall not represent or continue to represent any person in this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be served on said Respondent, by certified mail, return receipt requested, at 332 Brookhaven St., Cincinnati, Ohio 45215, and to be published to this Court's official website.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court
Southern District of Ohio