**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1:07-mc-021 |
| Certified Fee | | DN 18 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Kenneth L. Lawson
Street, Apt. No.; or PO Box No. 332 Brookhaven St.
City, State, ZIP+4 Cincinnati, OH 45215

PS Form 3800, August 2006     See Reverse for Instructions

7011 0110 0001 0414 7243