**SENDER: COMPLETE** ...

- Complete items 1, ...
  item 4 if Restricted ...
- Print your name and ...
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Hale Hall

C. Date of Delivery
10-5-11

1. Article Addressed to:

Kenneth L. Lawson
332 Brookhaven St.
Cincinnati, OH 45215

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1:07-mc-021-MWW DN 18

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 0110 0001 4140 3471

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CERTIFIED MAIL