**SENDER: COMPLETE TH...**

- Complete items 1, 2, and ~~~~
  item 4 if Restricted Deliv~~~
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12-2-11

1. Article Addressed to:

Kenneth L. Lawson
332 Brookhaven St.
Cincinnati, OH 45215

1:07-mc-021-MHW  DN.20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 3090 0000 8524 8274

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540