7010 3090 0000 8524 8502

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1:07-mc-021 |
| Certified Fee | | DN 22 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Kenneth L. Lawson
Street, Apt. No.; or PO Box No.  332 Brookhaven St.
City, State, ZIP+4  Cincinnati OH 45215

PS Form 3800, August 2006     See Reverse for Instructions