**SENDER: COMPLETE...**                                                                                      ...ELIVERY

- Complete items 1, 2
  item 4 if Restricted
- Print your name and address...
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

B. Received by (Printed Name)     C. Date of Delivery
Adale Hall                         1-19-12

☐ Agent
☐ Addressee

1. Article Addressed to:

Kenneth L. Lawson
332 Brockhaven St.
Cincinnati, OH 45215

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

1:07-mc-021-MHW   DN/22

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)        7010 3090 0000 8524 8502

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540