FILED
JAMES BONINI
CLERK

2012 FEB 13 AM 11: 46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| KENNETH L. LAWSON | Case No.: 1:07-MC-021 |
| Ohio Atty. Reg. No. 0042468 | Hon. Michael H. Watson |
| RESPONDENT | |

It appears that this Court issued an Order on November 30, 2011, for Respondent to surrender his Certificate of Admission and file an affidavit of compliance. As Respondent stated in a filing back in 2007, Respondent has no idea where his Certificate is as it has been lost or inadvertently destroyed for years. Respondent no longer lives in Ohio and has not lived in Ohio for several years. The Court sent the order to Respondent's former Ohio residence and that is why respondent never received the order mentioned above.

_/s/ Kenneth L. Lawson_

Kenneth L. Lawson