IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

KENNETH L. LAWSON
Ohio Atty. Reg. No. 0042468
RESPONDENT

Case No.: 1:07-MC-021
Hon. Michael H. Watson

## O R D E R

It appearing to the Court that on November 30, 2011 an Order was entered in this proceeding disbarring Respondent from the practice of law in this Court and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court
Southern District of Ohio